# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES,<br><br>   Plaintiff,<br><br>   vs.<br><br>THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA and AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA LONG TERM DISABILITY PLAN,<br><br>   Defendants. | Case No. SACV13-01835 JAK (RNBx)<br><br>**ORDER UPON STIPULATION TO DISMISS THE ENTIRE CASE WITH PREJUDICE**<br><br>JS-6 |

## ORDER

Based upon the stipulation of the Parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. SACV13-01835 JAK (RNBx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

Dated: April 23, 2014

_____
Hon. John A. Kronstadt
Judge, United States District Court

LAW OFFICES
MESERVE, MUMPER & HUGHES LLP

Error! Unknown document property name..Error! Unknown document property name.

Case No. SACV13-01835 JAK (RNBx)
ORDER UPON STIPULATION TO DISMISS THE ENTIRE CASE WITH PREJUDICE